JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD 21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MCCLINTON ANDERSON TOWNER,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:24-cv-01608-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD**<br>(***FIRST REQUEST***) |

Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 29-day extension of time to file the Certified Administrative Record (CAR) to Plaintiff's Complaint. The CAR to Plaintiff's Complaint is due to be filed by October 29, 2024. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this

case and that additional time is needed to prepare it. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until November 27, 2024.

On October 17, 2024, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR to Plaintiff's Complaint, through and including November 27, 2024.

Dated:  October 17, 2024                    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10/18/2024

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
Shook & Stone, Chtd.
710 S Fourth Street
Lasa Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2024

/s/ *Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney