JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MCCLINTON ANDERSON TOWNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:24-cv-01608-DJA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

　　　　The parties, through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, re-evaluate Plaintiff's ability to perform other work at step five, to

include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the VE testimony, the DOT, and the RFC, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this 27th day of November 2024.

    Respectfully submitted,

    JASON M. FRIERSON
    United States Attorney

    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation, Office 7
    Social Security Administration

    s/ *Franco L. Becia*
    FRANCO L. BECIA
    Special Assistant United States Attorney
    Office of the General Counsel
    Office of Program Litigation, Office 7
    Social Security Administration
    6401 SECURITY BLVD
    BALTIMORE, MD 21235-6401
    Telephone: (206) 615-2114
    Fax: (206) 615-2531
    Franco.L.Becia@ssa.gov

///

///

///

DATED this 27th day of November 2024.

        s/ *Franco L. Becia* For
LEONARD STONE and MARC V. KALAGIAN
Attorneys for Plaintiff
(PER EMAIL AUTHORIZATION)

**IT IS SO ORDERED**.  The Clerk is kindly directed to enter judgment accordingly and close the case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/3/2024

3

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing to:

**Leonard Stone**
Shook & Stone, Chtd.
710 S Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

**Marc V Kalagian**
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway,
Suite C115
Santa Fe Springs, CA 90670
United Sta
(562) 273-3702
Fax: (562) 868-5491

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of November 2024

/s/ *Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney